UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BENJAMIN HINSON WARD,
    Plaintiff,

vs.                                                    Case No.: 3:21cv325/LAC/EMT

OKALOOSA COUNTY JAIL, et al.,
    Defendants.
_____/

# **ORDER**

The chief magistrate judge issued a Report and Recommendation on May 5, 2021 (ECF No. 11). Several attempts have been made to furnish a copy of the Report and Recommendation to Plaintiff and to afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2. Plaintiff's "Requesting Federal Review of My Detention" (ECF No. 10) is **DENIED.**

3. Plaintiff's claims against Defendant Okaloosa County Jail are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

4. Plaintiff's claims against Defendants Burt and Cathy Ward are **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1).

5. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 8th day of July, 2021.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**